## Kohosek *v.* Luketich, Appellant.

Argued March 18, 1966. Before MUSMANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*Dante G. Bertani,* for appellants.

*B. Earnest Long,* for appellees.

OPINION PER CURIAM, April 19, 1966:
Decree affirmed. Each party to bear own costs.